JODI LINKER
Federal Public Defender
Northern District of California
ANA BOTELLO
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:    (415) 436-7706
Email:        ana_botello@fd.org

Counsel for Defendant FLORES-ESCOTO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMON FLORES-ESCOTO,<br><br>Defendant. | **Case No.:** CR 25-144 JD<br><br>**STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA AND EXCLUDE TIME** |

Mr. Flores-Escoto is scheduled for a change of plea on June 30, 2025. Undersigned defense counsel needs additional time to meet and prepare with her client, to include reviewing the agreement with the assistance of a certified court interpreter. Due to the parties' conflicting schedules, it is respectfully requested that the matter be continued to Monday, August 18, 2025 at 10:30 a.m.

The parties further stipulate to an exclusion of time under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(B)(iv) to provide reasonable time necessary for effective preparation, taking into account the exercise of due diligence, between June 30, 2025 and August 18, 2025. The parties

further stipulate that the ends of justice served by excluding the period from June 30, 2025 and August 18, 2025, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A).

IT IS SO STIPULATED.

June 24, 2025
Dated

CRAIG H. MISSAKIAN
United States Attorney
Northern District of California

_____/S_____
GALEN PHILLIPS
Assistant United States Attorney

June 24, 2025
Dated

JODI LINKER
Federal Public Defender
Northern District of California

_____/S_____
ANA BOTELLO
Assistant Federal Public Defender

IT IS SO ORDERED.

  6/26/2025
Dated

JAMES DONATO
United States District Judge