JODI LINKER
Federal Public Defender
Northern District of California
ANA BOTELLO
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: ana_botello@fd.org

Counsel for Defendant FLORES-ESCOTO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMON FLORES-ESCOTO,<br><br>Defendant. | Case No.: CR 25-144 JD<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING** |

    Mr. Flores-Escoto is currently scheduled for sentencing on November 17, 2025. Undersigned defense counsel will be unavailable for much of November and December and needs additional time to prepare. Furthermore, undersigned counsel is still awaiting letters of support from the defendant's family. Therefore, the parties agree and respectfully request that sentencing be continued to January 12, 2026 at 10:30 a.m.

\\

\\

\\

IT IS SO STIPULATED.

| | |
|---|---|
| October 22, 2025<br>Dated | CRAIG H. MISSAKIAN<br>United States Attorney<br>Northern District of California |
| | /S<br>GALEN PHILLIPS<br>Assistant United States Attorney |
| October 22, 2025<br>Dated | JODI LINKER<br>Federal Public Defender<br>Northern District of California |
| | /S<br>ANA BOTELLO<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

| | |
|---|---|
| 10/28/2025<br>Dated | JAMES DONATO<br>United States District Judge |